UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAR 17 PM 1:45

CLERK

BY _____ /s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. Amanda B. Long,<br><br>      Plaintiff,<br><br>v.<br><br>MODERNIZING MEDICINE, INC.,<br>DANIEL CANE, and DR. MICHAEL<br>SHERLING,<br><br>      Defendants. | **FILED UNDER SEAL**<br><br>Civil No. 2:17-cv-179 |

**SEALED ORDER** CR

The United States having intervened in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. the relator's Complaint, Amended Complaint, the Government's Notice of Election to Partially Intervene, and this Order be unsealed seven (7) days after the entry of this Order;

2. the United States shall serve its Complaint upon defendants, together with this Order, within 90 days;

3. the relator shall serve its Amended Complaint upon defendants within 90 days;

4. all other papers or Orders on file in this matter shall remain under seal;

5. the seal be lifted on all other matters occurring in this action after the date of this Order;

6. as to the part of the action in which the United States has not yet made an intervention decision, the parties shall serve all pleadings and motions filed in that part of the

action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action at any time;

7. all orders of this Court shall be sent to the United States; and that

8. should the relator or defendants propose that the part of the action in which the United States has not yet made an intervention decision be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 17th day of March, 2022.

_____
Hon. Christina Reiss
United States District Judge