UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. Amanda B. Long,<br><br>Plaintiff,<br><br>v.<br><br>MODERNIZING MEDICINE, INC.,<br>DANIEL CANE, and DR. MICHAEL<br>SHERLING,<br><br>Defendants. | )<br>)<br>)<br>)  Civil No. 2:17-cv-179<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAY -3 PM 3:02

BY _____
   DEPUTY CLERK

## ORDER ON THE PARTIES' JOINT MOTION TO STAY

Having considered the parties' Joint Motion To Stay, it is hereby **ORDERED**:

1. This matter is stayed until August 25, 2022 to allow the parties to conduct a mediation.

2. All pending deadlines shall be stayed until August 25, 2022, including (a) the Government's deadline by which to file its complaint in intervention against Defendants such that the Government's deadline to file its complaint in intervention will be August 25, 2022, and (b) Relator's deadline under Fed. R. Civ. P. 4(m) to complete service of her complaint on Defendants such that the Relator's deadline to complete service will be August 25, 2022.

3. All applicable statutes of limitations shall be tolled for a period of 70 days from the date of the Parties' Joint Motion to Stay and such time shall be excluded when determining whether any civil or administrative claims are time-barred by statutes of limitations, laches, or any other time-related defenses.   SO ORDERED.

5/2/22

Hon. Christina Reiss
United States District Court Judge